■ MARK JOHNSON, Also Known as WILLIAM UTSEY, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 105385.) [901 NYS2d 886]—Appeal from an order of the Court of Claims (Philip J. Patti, J.), entered December 9, 2008 in a personal injury action. The order denied claimant's motion to vacate the dismissal of the claim.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at the Court of Claims. Present—Smith, J.P., Lindley, Sconiers, Pine and Gorski, JJ.